**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shawn LUNDY, Defendant–Appellant.**

**No. 15-30103**

United States Court of Appeals, Ninth Circuit.

Submitted June 2, 2016*

Filed June 6, 2016

Helen J. Brunner, Esquire, Richard Edward Cohen, Karyn Johnson, Esquire, Assistant U.S. Attorneys, Steven Toshio Masada, DOJ–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Shawn Lundy, Joint Base MDL, NJ, Pro Se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM**

Shawn Lundy appeals from the district court's judgment and challenges his guilty-plea convictions and 10-year sentence for conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, and possession of counterfeit obligations or securities, in violation of 18 U.S.C. § 472. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lundy's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. We have provided Lundy the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lundy has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

